# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:17-cv-02349-CJC-KES                                                                       Date: April 5, 2018

Title: LEWELLYN CHARLES COX IV v. UNITED STATES, et al.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause re Response to Third Amended Complaint (Dkts. 37, 38)**

    Plaintiff Lewellyn Charles Cox, IV's ("Plaintiff") initial complaint against the United States of America was docketed on April 13, 2017. (Dkt. 2.) In May and June 2017, Plaintiff filed two motions for leave to amend his complaint. (Dkts. 9, 11.) District Judge John F. Walter granted those motions on May 17 and June 12, 2017. (Dkts. 10, 13.) Thereafter, Plaintiff filed a Second Amended Complaint (the "SAC") on or about June 24, 2017. (Dkt. 17 [signature date].) Plaintiff states in the SAC that he "specifically adds Prison G[ua]rd G. Smith to his tort against the United States …." (Id. at 1.)

    On January 22, 2018, the United States of America and Defendant Smith (together, "Defendants") filed an ex parte application acknowledging the SAC and requesting an extension of time to respond until February 23, 2018. (Dkt. 31.) The Court granted that request on January 24, 2018. (Dkt. 32.)

    On February 12, 2018, the Court granted Plaintiff leave to file a Third Amended Complaint (the "TAC"). (Dkt. 37.) In light of its order, the Court further extended Defendants' deadline to respond to the TAC until on or before March 16, 2018. (Id. at 3.)

    As of the date of this order, Defendants have filed no response to the TAC. Defendants are therefore ORDERED to show cause <u>on or before April 13, 2018</u>, why default should not be entered for their failure to respond.

Initials of Deputy Clerk <u>JD</u>