O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWELLYN CHARLES COX IV,<br><br>            Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF<br>AMERICA,<br><br>         Defendant. | Case No.  2:17-cv-02349-CJC-KES<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge, to which no objections were received.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint with prejudice and without leave to amend.

DATED:  October 29, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE