# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWELLYN CHARLES COX IV, <br>     Plaintiff, <br> v. <br> THE UNITED STATES OF AMERICA, <br>     Defendant. | Case No. 2:17-cv-02349-CJC (KES) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint and entire action is dismissed with prejudice.

DATED: October 29, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE